**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-2212**

─────────────

PRESIDENTIAL CANDIDATE NUMBER P60005535, a/k/a Ronald Satish Emrit, a/k/a Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897, d/b/a United Emrits of America,

        Plaintiff - Appellant,

      v.

WES MOORE, Governor D - Maryland; AISHA BRAVEBOY, Prince George's County Executive; JAMIE RASKIN, Congressman D - Maryland; ANGELA ALSOBROOKS, Senator D - Maryland; CHRIS VAN HOLLEN, Senator D - Maryland; ANTHONY BROWN, Maryland Attorney General,

        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:25-cv-03014-PX)

─────────────

Submitted:  February 19, 2026           Decided:  February 23, 2026

─────────────

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Presidential Candidate Number P60005535, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit (who also identifies himself as Presidential Candidate Number P60005535) appeals the district court's order dismissing his civil complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error in the district court's determination that Emrit's complaint failed to present a coherent claim for relief. Accordingly, we affirm the district court's order. *Presidential Candidate No. P60005535 v. Moore*, No. 8:25-cv-03014-PX (D. Md. Sep. 17, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*